NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TCL CORPORATION, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC.,**
*Appellants*

**v.**

**TELEFONAKTIEBOLAGET LM ERICSSON,**
*Appellee*

---

2017-1650, 2017-1651, 2017-1653

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01605, IPR2015-01622, IPR2015-01628.

---

## JUDGMENT

---

WILLIAM R. PETERSON, Morgan, Lewis & Bockius LLP, Houston, TX, argued for appellants. Also represented by JACOB SNODGRASS, Washington, DC.

J. ANDREW LOWES, Haynes & Boone, LLP, Richardson, TX, argued for appellee. Also represented by CLINT S. WILKINS; DEBRA JANECE MCCOMAS, Dallas, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and LINN, *Circuit Judges*).
**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 13, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court